**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**


STEPHEN C. LANGA,

      Petitioner,

-vs-                                       Case No.  8:13-CV-2569-T-30AEP

SECRETARY, DEPARTMENT
OF CORRECTIONS,

      Respondent.
_____/

## ORDER

Before the Court are Petitioner's Motion for Appointment of Counsel and Memorandum of Law and Facts in Support (Dkt. 25) in which Petitioner requests the Court appoint counsel on his behalf to effect discovery, and Motion to Defer Ruling on Motion for Summary Judgment, Pending Receipt of Petitioner's Reply with Memorandum to Support Timeliness of Petition (Dkt. 26) in which Petitioner requests the Court defer ruling on Respondent's motion to dismiss Petitioner habeas petition as time-barred "until his timely reply can be filed." (Id. at p. 1).

Upon consideration, the Court **ORDERS** that:

1.      Petitioner's Motion for Appointment of Counsel and Memorandum of Law and Facts in Support (Dkt. 25) is **DENIED** without prejudice to Petitioner renewing the motion if the habeas petition is not dismissed as time-barred.

2.      Petitioner's Motion to Defer Ruling on Motion for Summary Judgment, Pending Receipt of Petitioner's Reply with Memorandum to Support Timeliness of Petition (Dkt. 26) is **GRANTED** solely to the extent that the Court will not address the Respondent's motion to dismiss the petition as time-barred until after expiration of Petitioner's deadline for filing a reply/response.

**DONE** and **ORDERED** in Tampa, Florida on May 12, 2014.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

SA:sfc
Copy to: *Pro se* Petitioner
         Counsel of Record